KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

USBC, CENTRAL DISTRICT OF CALIFORNIA
FINANCIAL SERVICES DEPARTMENT
 c/o FSD SUPERVISOR
255 E. TEMPLE ST., ROOM #1067
LOS ANGELES, CA 90012

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

**To**: CLERK, UNITED STATES BANKRUPTCY COURT

**Re**: UNDISTRIBUTED FUNDS - 3011

**Case No.**: **LA22-14748-NB**

**Debtor(s)**: Lawrence Finis Adams
7136 Glasgow Ave
Los Angeles, CA 90043

<u>Explanation of Source:</u>    Transmitted herewith for deposit into the Court registry is the check identified below. Payee(s) have failed to timely negotiate the issued check(s) and/or provide alternative contact information to the Trustee to facilitate a successful negotiation of the funds. Consequently, this check represents undistributed funds in the above referenced matter.

| PAYEE | AMOUNT | CHECK NUMBER |
|---|---|---|
| Lawrence Finis Adams | $7,218.57 | 1280263 |

7136 Glasgow Ave
Los Angeles, CA 90043

DATED: May 12, 2023

*(signature)*

Kathy A. Dockery
Chapter 13 Trustee

Chapter 13 Trustee
KATHY A. DOCKERY
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA  90017
(213)996-4400

CLK US BANKRUPTCY CT

Check No.: 1280263
Check Date: May 12, 2023
Check Amt: 7,218.57

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 2214748 | Claim #: 00000 | Lawrence Finis Adams | XXX-XX-7873 | $0.00 | $0.00 | $7,218.57 | $7,218.57 |
|  |  | **TOTALS** |  | 0.00 | 0.00 | 7,218.57 | 7,218.57 |